AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Ruth Nivar

Defendant

)
)
)
)
)
)
)

**RECEIVED** By USMS District of Columbia District Court at 8:55 am, May 10, 2024

Case: 1:24-cr-00222
Assigned to: Judge Boasberg, James E.
Assign Date: 5/9/2024
Description: INDICTMENT (B)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ruth Nivar,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 371 (Conspiracy)

Counts 2-7: 18 U.S.C. § 1951 (Hobbs Act Extortion Under Color of Official Right); 18 U.S.C. § 2 (Aiding and Abetting)

18 U.S.C. § 981(a)(l)(C), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p) (Criminal Forfeiture)

Date: 05/09/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 5/14/24, and the person was arrested on *(date)* 5/14/24
at *(city and state)* Washington, DC.

Date: 5/14/24

*Arresting officer's signature*

Paulina Murphy   Special Agent
*Printed name and title*